UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE DELEON,

Defendant.

**ORDER**

14 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the violation of supervised release hearing currently scheduled for January 16, 2020 is adjourned to **February 21, 2020 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge