UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSE DELEON,

Defendant.

**ORDER**

14 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the violation of supervised release hearing in this action previously scheduled for May 22, 2020 is adjourned to **June 22, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge