**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

MEMO ENDORSED
The conference scheduled for August 19, 2020 is adjourned to November 17, 2020 at 11:00 a.m.
SO ORDERED.

Paul G. Gardephe
United States District Judge
August 14, 2020

August 13, 2020

Via Email and ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Deleon*
    14cr00028(PGG)

Dear Judge Gardephe:

    Jose Deleon is scheduled to appear before the Court on August 14, 2020 in connection with a violation of supervised release petition filed by the his United States Probation Officer, Washington M. Herrera. The petition alleges a violation premised on Mr. Deleon's arrest in the Bronx on state charges alleging Mr. Deleon's involvement in a narcotics conspiracy. Due to the COVID-19 pandemic, Mr. Deleon's state case is not resolved. I have spoken with the attorney representing him on state charges. He informed that on August 4th, the Bronx case was adjourned until October, although an exact date for that court appearance has not been set. Accordingly, I would respectfully request the Court adjourn the August 14th court appearance until sometime in November, with the hope that at that time, Mr. Deleon's state case will be resolved and we will then have the ability to address his pending violation. Assistant United States Attorney, Sarah Kissoff consents to this request.

Respectfully submitted,
    /s/
Donna R. Newman
Cc: AUSA Sarah Kissoff
    USPO Washington M. Herrera via email