UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

JOSE DELEON,

              Defendant.

**ORDER**

14 Cr. 28 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The violation of supervised release hearing in this action previously scheduled for February 18, 2021 is adjourned to **April 23, 2021 at 2:00 p.m.**

Dated: New York, New York
       February 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge