**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 2, 2021

Via Email and ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Deleon*
    14cr00028(PGG)

MEMO ENDORSED:
The hearing currently scheduled for June 3, 2021 is adjourned to **Monday, July 19 2021 at 11:00 a.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: June 2, 2021

Dear Judge Gardephe:

    Jose Deleon is scheduled to appear before the Court on Thursday, June 3, 2012 in connection with a violation of supervised release ("VOSR") petition filed by the United States Probation Officer, Washington M. Herrera. I write to seek an adjournment of this appearance until mid-to the end of July. I have emailed the Government to obtain their position as to this request but have not had a response. I am available the week of July 19th except for July 22 and the morning of July 23, 2021. The underlying state offense is the basis for pending violation and until that case is resolved, it is impossible to resolve the pending violation. Mr. DeLeon is due back in state court July 10th on which date he believes the case will resolved or a trial date will be set.

    Accordingly, I respectfully request the Court adjourn Mr. Deleon's appearance until the week of July 19th or a date and time convenient for the Court.

Respectfully submitted,
  /s/
Donna R. Newman

Cc: AUSA Sarah Krissoff via ECF & email
    USPO Washington M. Herrera via email
    Jose Deleon via email

1