**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

MEMO ENDORSED:
The hearing scheduled for July 19, 2021 is adjourned to **October 13, 2021, at 11:00 a.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: July 16, 2021

July 15, 2021

Via Email and ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Deleon*
    14cr00028(PGG)

Dear Judge Gardephe:

     Jose Deleon is scheduled to appear before the Court on Monday July 19, 2021 at 11:00 in connection with a violation of supervised release ("VOSR") petition filed by the United States Probation Officer, Washington M. Herrera. I write to seek an adjournment of this appearance until mid-to the end of October. Mr. DeLeon is due back in state court on October 7th for the underlying state indictment which is the basis for the violation for which he is to appear before Your Honor. I respectfully ask the Court's indulgence to allow the state court case to resolve before we address Mr. DeLeon's pending VOSR.

     I have confirmed with his state court attorney that despite delays, the state court judge advised that on October 7th Mr. DeLeon is either to accept the plea offer or a trial date will be set. Assistant United States Attorney Sarah Krissoff does not object to this request. I am generally available the week of October 11th, except for October 15th and presently open the week of October 18th.

     Accordingly, I respectfully request the Court adjourn Mr. Deleon's appearance until the week of July 19th or a date and time convenient for the Court.

Respectfully submitted,
    /s/
Donna R. Newman
Cc: AUSA Sarah Krissoff via ECF & email
    USPO Washington M. Herrera via email
    Jose Deleon via email

1