**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 7, 2021

Via Email and ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Deleon*
    14cr00028(PGG)

Dear Judge Gardephe:

    Jose Deleon is scheduled to appear before the Court on Wednesday October 13, 2021, in connection with a violation of supervised release ("VOSR") petition filed by the United States Probation Officer, Washington M. Herrera. I write to seek an adjournment of this appearance until mid to late January as Mr. DeLeon's next state court appearance (which case is the basis for the VOSR petition), is November 23rd at which time a trial date will be set. His state case has been delayed not only due to Covid but also because unfortunately he State court attorney has been ill. Your Honor. I respectfully ask the Court's indulgence to allow the state court case to resolve before we address Mr. DeLeon's pending VOSR.

    Assistant United States Attorney Sarah Krissoff does not object to this request. Accordingly, I respectfully request the Court adjourn Mr. Deleon's appearance until mid to late January at a time and date convenient for the Court.

Respectfully submitted,
    /s/
Donna R. Newman
Cc: AUSA Sarah Krissoff via ECF & email
    USPO Washington M. Herrera via email
    Jose Deleon via email

MEMO ENDORSED:
The application is granted. The hearing scheduled for October 13, 2021 is adjourned to **January 24, 2022 at 11:00 a.m.**

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge

Dated: October 12, 2021

1